# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ORLANDO HEALTH, INC.,

      Plaintiff,

v.                                                                Case No:   6:24-cv-693-JA-LHP

HKS ARCHITECTS, INC.,

      Defendant
/Third Party Plaintiff,

BBM STRUCTURAL ENGINEERS, INC.,

      Third Party Plaintiff

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**   MOTION TO ENTER PROPOSED CONSENT ORDER REGARDING ELECTRONICALLY STORED INFORMATION ("ESI") PROTOCOL (Doc. No. 25)
>
> **FILED:**   August 7, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

| | |
|---|---|
| **MOTION:** | **MOTION TO ENTER PROTECTIVE ORDER (Doc. No. 26)** |
| **FILED:** | **August 7, 2024** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Upon review, neither of the above-styled motions complies with Local Rule 3.01(a) because neither includes a memorandum of legal authority in support. Moreover, the Local Rule 3.01(g) certifications are unclear, and while the motions address at length Plaintiff's attempts at negotiating agreements with the opposing parties, neither addresses the opposing parties' positions on the filing of the present motions. Any renewed motion(s) must fully comply with the Local Rules, and must contain a statement as to the opposing parties' position on the requested relief.

**DONE** and **ORDERED** in Orlando, Florida on August 8, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties