# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ORLANDO HEALTH, INC.,

    Plaintiff,

v.                                Case No:   6:24-cv-693-JA-LHP

HKS ARCHITECTS, INC.,

    Defendant /Third Party Plaintiff,

BBM STRUCTURAL ENGINEERS, INC.,

    Third Party Plaintiff

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** JOINT MOTION OF AMOUNT AGREED UPON FOR REASONABLE FEES AND EXPENSES AWARDED TO ORLANDO HEALTH, INC. (Doc. No. 57)
>
> **FILED:** December 6, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Before the Court is a Joint Motion by Plaintiff Orlando Health, Inc. ("Orlando Health") and Defendant HKS Architects, Inc. ("HKS"), by which these parties agree that Orlando Health should be awarded $1,959.00 in attorneys' fees and costs from HKS in relation to the Court's Order granting Orlando Health's motion to compel. Doc. No. 57; *see* Doc. Nos. 41, 44.  Pursuant to the parties' agreement, the joint motion (Doc. No. 57) is **GRANTED**, and it is **ORDERED** that HKS shall pay $1,959.00 to Orlando Health within **ten (10) days** of this Order.   *See* Doc. No. 57; *see also* Doc. No. 44; Fed. R. Civ. P. 37(a)(5)(A).

**DONE** and **ORDERED** in Orlando, Florida on December 9, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties