**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ORLANDO HEALTH, INC.,

        Plaintiff,

v.                                                  Case No:   6:24-cv-693-JA-LHP

HKS ARCHITECTS, INC.,

        Defendant
/Third Party Plaintiff,

BBM STRUCTURAL ENGINEERS, INC.,

        Third Party Defendant

## ORDER

Before the Court is a Joint Notice of Amount Agreed Upon for Reasonable Fees and Expenses Awarded to Orlando Health, Inc. for Orlando Health Inc.'s Third Motion to Compel, which has been construed as a motion.  Doc. No. 93; *see also* Doc. Nos. 72, 74.  Upon review, the motion (Doc. No. 93) is **GRANTED**, and pursuant to agreement of the parties, Defendant HKS Architects, Inc. shall pay **$3,800.00** to Plaintiff Orlando Health, Inc. in relation to the motion to compel. Payment shall be made within **twenty (20) business days** of this Order.  *See* Doc. Nos. 72, 74; Fed. R. Civ. P. 37(b)(2)(C).

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on February 11, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties