UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ORLANDO HEALTH, INC.,

        Plaintiff,

v.                                                    Case No:   6:24-cv-693-JA-LHP

HKS ARCHITECTS, INC.,

        Defendant
/Third Party Plaintiff,

BBM STRUCTURAL ENGINEERS, INC.,

        Third Party Defendant

## ORDER

This cause comes before the Court *sua sponte*. On January 30, 2025, the Court set a hearing for February 25, 2025, regarding discovery sanctions against Defendant HKS Architects, Inc. ("HKS") based on production requests from Orlando Health, Inc. ("Orlando Health"). Doc. No. 74. HKS has since filed a Certificate of Compliance with the Court's January 30, 2025 Order Doc. No. 74, stating that it has produced its electronically stored information ("ESI") as required. Doc. No. 92. Orlando Health and HKS have also agreed to the amount of fees due and owing to Orlando Health as sanctions. Doc. Nos. 93, 96.

Based thereon, it is **ORDERED** that on or before **February 19, 2025**, Orlando Health and HKS shall file a **joint** notice with the Court addressing: (1) whether HKS has complied in full with Orlando Health's discovery requests as stated in the Certificate of Compliance (Doc. No. 92); (2) whether Orlando Health and/or HKS believe that the issues set for hearing have been mooted by HKS's compliance or whether there are outstanding issues to be decided by the Court regarding HKS's production; and (3) whether Orlando Health and/or HKS believe that the need for the February 25, 2025 hearing has become moot as it pertains to the issues between Orlando Health and HKS.[1]

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] This Order pertains to Orlando Health and HKS alone, as that is the only issue currently set for hearing, and thus the only issue to be addressed by the joint notice. *See* Doc. No. 74. Orlando Health's request for third-party Defendant BBM Structural Engineers Inc. to attend the hearing (Doc. No. 86), as well as BBM's motion to compel (Doc. No. 87), will be addressed by separate Order.