# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ORLANDO HEALTH, INC.,

        Plaintiff,

v.                                     Case No:   6:24-cv-693-JA-LHP

HKS ARCHITECTS, INC.,

        Defendant
        /Third Party
        Plaintiff,

BBM STRUCTURAL ENGINEERS,
INC.,

        Third Party
        Defendant

_____

## ORDER

Before the Court is Orlando Health, Inc.'s ("Orlando Health") Motion to Require BBM's Attendance at the February 25, 2025 Hearing for Purposes of Disclosing BBM's Efforts to Comply with Its Discovery Obligations.   Doc. No. 86. BBM Structural Engineers, Inc. ("BBM") opposes.   Doc. No. 90.   The motion asks that the Court compel BBM's attendance at the February 25, 2025 hearing, but also addresses BBM's alleged non-compliance with the Consent Order on ESI protocol (*see* Doc. No. 66) and/or refusal to properly confer on same.   Doc. No. 86.   On

review, to the extent that Orlando Health seeks to compel BBM's attendance (together with its corporate representative and ESI vendor) at the February 25, 2025 hearing – which has been set to address solely the issue of sanctions as it relates to Defendant HKS Architects, Inc., *see* Doc. No. 74 – the motion (Doc. No. 86) is **DENIED in part** as to that request.   Orlando Health's sole basis for seeking BBM's attendance appears to be for the convenience of its counsel, and counsel for BBM is unavailable for the February 25, 2025 hearing.   *See* Doc. No. 90 ¶ 2.   However, to the extent that the motion raises BBM's alleged non-compliance with the ESI protocol, which in large part is interrelated with BBM's own motion to compel (Doc. No. 87), the motion (Doc. No. 86) is **DEFERRED in its remainder**, as follows.

On review of Orlando Health's motion and BBM's response (Doc. Nos. 86, 90), as well as BBM's motion, Orlando Health's response, and BBM's reply (Doc. Nos. 87, 94, 98), which all relate to each party's contention that the other side has failed to comply with its obligations with regard to the ESI protocol and/or production under same, it appears to the Court that the parties have not properly exhausted all conferral efforts on the issues raised therein and further substantive conferral on the issues raised is necessary.

Accordingly, it is **ORDERED** that, within **fourteen (14) days** of the date of this Order, lead counsel for Orlando Health and BBM, the corporate representatives for Orlando Health and BBM, and the ESI/e-discovery vendor for Orlando Health

and BBM shall conduct an **in person** substantive conferral on the issues raised by both Orlando Health's motion (Doc. No. 86) and BBM's motion (Doc. No. 87), to include compliance with the ESI protocol entered by the Court (Doc. No. 66), as well as all ESI collection efforts undertaken pursuant to that order. The conferral shall also include a discussion of outstanding discovery served by Orlando Health and/or BBM, including that discovery served by BBM which will be ripe on or about February 20, 2025. *See* Doc. No. 94, at 1.

**By this same fourteen (14) day deadline**, Orlando Health and BBM shall file a **joint notice** with the Court, not to exceed **ten (10) pages** in length, setting forth: (1) the date, time, and length of the conferral; (2) the persons in attendance; (3) the results of the conferral efforts and any agreements reached regarding ESI production; and (4) any matters that remain outstanding for the Court to resolve with respect to Orlando Health's motion (Doc. No. 86) and BBM's motion (Doc. No. 87). This joint notice shall include any legal authority as appropriate and may not be used as an opportunity to raise issues not previously discussed in the filings to date.

Upon receipt of the joint notice, the Court will take both motions (Doc. Nos. 86, 87) under advisement, and set a hearing as deemed necessary. **Failure to comply with this Order in full may result in sanctions.**

**DONE** and **ORDERED** in Orlando, Florida on February 14, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 4 -