# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ORLANDO HEALTH, INC.,

        Plaintiff,

v.                                                    Case No:   6:24-cv-693-JA-LHP

HKS ARCHITECTS, INC.,

        Defendant
/Third Party
Plaintiff,

BBM STRUCTURAL ENGINEERS,
INC.,

        Third Party
Defendant

_____

## ORDER

Before the Court is BBM Structural Engineers, Inc's Amended Motion to Compel Orlando Health, Inc.'s Compliance with ESI Consent Order.   Doc. No. 87. For the reasons set forth on the record at the hearing held today on the motion, *see* Doc. Nos. 107–08, the motion (Doc. No. 87) is **DENIED in its remainder**.   *See also* Doc. No. 107.

As set forth at the hearing, should any new discovery requests be served after issuance of this Order, which must be timely served in accordance with the terms

of the Case Management and Scheduling Order, *see* Doc. No. 20, it is **ORDERED**

that within **fifteen (15) days** of the date of service of such discovery requests, the

parties shall meet and confer regarding date ranges, search terms, and compliance

with the Consent Order Regarding Electronically Stored information ("ESI")

Protocol regarding that discovery.   *See* Doc. No. 66.

        **DONE** and **ORDERED** in Orlando, Florida on March 11, 2025.

                                                LESLIE HOFFMAN PRICE
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties